AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arguello, Christine M. | District of Colorado | 05/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Alfred A. Arraj U.S. Courthouse <br> 901 19th St., A638 <br> Denver, CO 80294 | Reviewing Officer_____ _____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Stapleton Development Corporation Board - Volunteer - Resigned 03/2009 |
| 2. Director | Colorado Hispanic Bar Association Board - Volunteer |
| 3. Director | Colorado Women's Bar Association Foundation Board - Volunteer - Term Expired 5/2009 |
| 4. Vice Chair | Colorado Campaign for Inclusive Excellence - Volunteer |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 20 A 9: 44 FINANCIAL DISCLOSURE OFFICE RECEIVED

Arguello, Christine M.

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | United States Judges | $167,119.00 |
| 2. 2009 | Lexis-Nexis - Book Royalties | $3,347.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Boulder Valley School District - Salary |
| 2. 2009 | Colorado Department of Human Services - Childcare Subsidy |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Colorado | Reduced price for two Club Seat Football Tickets | 4600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AES Student Loan | Co-signor on student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Investment Property 1, Colorado Springs, CO (2005 $86,000) | | None | K | T | | | | | |
| 2. Investment Property 2, Pueblo, CO (1999 $172,727) | | None | M | T | | | | | |
| 3. Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 5. MetLife Insurance Policy | | None | J | T | | | | | |
| 6. Federated Govt Obligations Fund Class SS | | None | J | T | | | | | |
| 7. Wachovia/Wells Fargo Managed Account | | | | | | | | | |
| 8. ABIAX | | None | | | Buy (add'l) | 05/08/09 | J | | |
| 9. ABIAX | | None | | | Sold | 07/06/09 | J | | |
| 10. PCVAX | | None | J | T | Buy (add'l) | 07/07/09 | J | | |
| 11. AHTFX | | None | | | Sold (part) | 05/08/09 | J | | |
| 12. AHTFX | | None | | | Sold | 07/06/09 | J | | |
| 13. BFAFX | | None | | | Sold | 05/08/09 | J | | |
| 14. NFEAX | | None | J | T | Buy (add'l) | 05/08/09 | J | | |
| 15. NFEAX | | None | J | T | Buy (add'l) | 07/07/09 | J | | |
| 16. DUGAX | | None | J | T | Buy (add'l) | 05/08/09 | J | | |
| 17. AEGFX | | None | J | T | Buy (add'l) | 05/08/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AEGFX | | None | J | T | Buy<br>(add'l) | 07/07/09 | J | | |
| 19. GCMAX | | None | J | T | Buy<br>(add'l) | 05/08/09 | J | | |
| 20. GCMAX | | None | J | T | Buy<br>(add'l) | 07/07/09 | J | | |
| 21. GGOAX | | None | | | Sold<br>(part) | 05/08/09 | J | | |
| 22. GGOAX | | None | | | Sold | 07/06/09 | J | | |
| 23. GGOAX | | None | J | T | Buy | 07/07/09 | J | | |
| 24. GFAFX | | None | J | T | | | | | |
| 25. IBFFX | | None | | | Sold | 05/08/09 | J | | |
| 26. IBFFX | | None | J | T | Buy | 07/07/09 | J | | |
| 27. AICFX | | None | J | T | Buy<br>(add'l) | 05/08/09 | J | | |
| 28. LAFFX | | None | | | Buy<br>(add'l) | 05/08/09 | J | | |
| 29. LAFFX | | None | | | Sold | 07/06/09 | J | | |
| 30. NWFFX | | None | | | Buy<br>(add'l) | 05/08/09 | J | | |
| 31. NWFFX | | None | | | Sold | 07/06/09 | J | | |
| 32. NWFFX | | None | J | T | Buy | 07/07/09 | J | | |
| 33. PTTAX | | None | | | Sold | 05/08/09 | J | | |
| 34. TRMCX | | None | | | Sold<br>(part) | 05/08/09 | J | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
        P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. TRMCX | | None | | | Sold | 07/06/09 | J | | |
| 36. SCWFX | | None | | | Buy (add'l) | 05/08/09 | J | | |
| 37. SCWFX | | None | | | Sold | 07/06/09 | J | | |
| 38. WSHFX | | None | | | | | | | |
| 39. FSMXX | | None | | | Buy (add'l) | 05/08/09 | J | | |
| 40. FSMXX | | None | | | Sold (part) | 07/06/09 | J | | |
| 41. FSMXX | | None | | | Sold (part) | 07/10/09 | J | | |
| 42. FSMXX | | None | | | Sold | 07/20/09 | J | | |
| 43. FSMXX | | None | J | T | Buy | 07/30/09 | J | | |
| 44. Growth Fund of America Class F | | None | J | T | Buy | 05/08/09 | J | | |
| 45. Growth Fund of America Class F | | None | J | T | Buy (add'l) | 07/07/09 | J | | |
| 46. Washington Mutual Investors fd Class F | | None | J | T | Buy | 05/08/09 | J | | |
| 47. Washington Mutual Investors fd Class F | | None | J | T | Buy (add'l) | 07/07/09 | J | | |
| 48. Delaware Group Advisors US Growth Fund Class A | | None | J | T | Buy | 07/07/09 | J | | |
| 49. JPIVX | | None | J | T | Buy | 07/06/09 | J | | |
| 50. JPIVX | | None | J | T | Buy (add'l) | 07/07/09 | J | | |
| 51. PCRIX | | None | J | T | Buy | 07/06/09 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,000 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ARTKX | | None | J | T | Buy | 07/07/09 | J | | |
| 53. CSRSX | | None | J | T | Buy | 07/07/09 | J | | |
| 54. PSIGX | | None | J | T | Buy | 07/07/09 | J | | |
| 55. PTTAX | | None | J | T | Buy | 07/07/09 | J | | |
| 56. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | K | T | | | | | |
| 57. Metlife Invs Ins Prods L Share Variable Annuity | | None | J | T | | | | | |
| 58. Metlife Invs Ins Prods Variable Annuity Class AA | | None | K | T | | | | | |
| 59. Nationwide Life Ins Co BOA Choice Venue SM II | | None | K | T | | | | | |
| 60. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | J | T | | | | | |
| 61. PERA - No Control | | None | K | T | | | | | |
| 62. Great-West Retirement Services - no control | | None | J | T | | | | | |
| 63. ECL | A | Dividend | J | T | | | | | |
| 64. Fidelity Investments Managed Account | | | | | | | | | |
| 65. Fid Cap Appreciation | | None | J | T | | | | | |
| 66. Fid Intl Discovery | | None | J | T | | | | | |
| 67. Fid Large Cap Value | | None | J | T | | | | | |
| 68. Fid Mid Cap Value | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fid Real Estate Inv | | None | J | T | | | | | |
| 70. Fid Strat Div & Inc | | None | J | T | | | | | |
| 71. Fid Short Term Bond | | None | J | T | | | | | |
| 72. Fid Total Bond | | None | J | T | | | | | |
| 73. Fidelity Retirement Mmkt | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R - Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Arguello, Christine M. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544